

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Joseph Michael Weeks, Appellant

No. 06-12-00110-CR        v.

The State of Texas, Appellee

Appeal from the 217th District Court of Angelina County, Texas (Tr. Ct. No. CR-30250). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

As stated in the Court's opinion of this date, we find there was error in the judgment of the court below. Therefore, we modify the trial court's judgment to provide that Counts II and III were third degree felony counts of injury to a child. We set aside the trial court's sentences on Counts II and III and remand to the trial court for further proceeding consistent with this opinion. As modified, the judgment of the trial court is affirmed.

We further order that all costs of this appeal be taxed one-third against the appellant and two-thirds against the appellee.

RENDERED FEBRUARY 14, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk